■ CONTRACT WOODWORKING CORP., Respondent, v NICO CONSTRUCTION COMPANY, INC., et al., Appellants.—Orders, Supreme Court, New York County (Shirley Fingerhood, J.), entered on March 24, 1988 and October 20, 1988, respectively, unanimously affirmed. Respondent shall recover of appellants $250 costs and disbursements of these appeals. The application by appellant for a stay of trial is denied. No opinion. Concur—Murphy, P. J., Kassal, Ellerin and Rubin, JJ.